UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
EVRM LIMITED, :
:
                      Plaintiff, :
: No. 1:19-cv-01861 (GBD) (RWL)
    - against - :
: **RULE 7.1 STATEMENT OF**
SDKA NORTH AMERICA, LLC, CHRISTOPHER : **SDKA NORTH AMERICA, LLC**
KELLY and GURPREET RAI, :
:
                  Defendants. :
:
------------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant SDKA North America, LLC ("SDKA North America") certifies that SDKA North America has no parent corporation and there is no publicly held stock in SDKA North America.

Dated:   New York, New York
         April 30, 2019

                                              FRIEDMAN KAPLAN SEILER &
                                                 ADELMAN LLP

                                                 */s/ John N. Orsini*
                                             John N. Orsini (jorsini@fklaw.com)
                                             7 Times Square
                                             New York, NY 10036-6516
                                             (212) 833-1100

                                             *Attorneys for Defendants SDKA North America,*
                                             *LLC, Christopher Kelly and Gurpreet Rai*