

JOHN N. ORSINI  
jorsini@fklaw.com  
212.833.1186

May 16, 2019

**BY ECF**

The Honorable George B. Daniels  
United States District Judge  
United States District Court  
500 Pearl Street, Room 1310  
New York, NY 10007

   Re: *EVRM Limited v. SDKA North America, LLC, et al.*,  
     No. 19-cv-1861 (GBD) (RWL) – Unopposed Motion  
     to Dismiss for Lack of Subject Matter Jurisdiction

Dear Judge Daniels:

  This firm represents defendants SDKA North America, LLC, Christopher Kelly, and Gurpreet Rai (collectively, "Defendants") in the action referenced above. On April 30, 2019, Defendants filed a letter motion to dismiss this action, pursuant to Fed. R. Civ. P. 12(b)(1), because this Court lacks subject matter jurisdiction (*see* ECF #32-33). Pursuant to Local Rule 6.1(b), plaintiff EVRM Limited's opposition to such motion was due on May 14, 2019. Plaintiff filed no opposition, and, thus, Defendants' motion to dismiss is unopposed.

  Accordingly, we respectfully request that the Court grant Defendants' motion, void the certificates of default (ECF #27-29), dismiss this action against all Defendants, and grant any such further relief as the Court deems proper.

          Respectfully submitted,

         John N. Orsini

cc: All counsel of record (*via ECF*)

3442246.1