UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EVRM LIMITED,

                    Plaintiff,

    -against-                              ORDER

SDKA NORTH AMERICA, LLC, CHRISTOPHER    19 Civ. 1861 (GBD)
KELLY, and GURPREET RAI,

                  Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Defendants' motion to dismiss for lack of subject matter jurisdiction, (ECF No. 32), which has not been responded to by Plaintiff, is GRANTED.

    The Clerk of Court is directed to close the motion, (ECF No. 32), and this case accordingly.

Dated: New York, New York
       May 20, 2019

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge